P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff THERESA BROOKE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>D S HOSPITALITY LLC,<br><br>Defendant. | Case No: 4:19-cv-7501<br><br>**ORDER GRANTING** ~~NOTICE OF~~ **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 30th day of December, 2019.

/s/ Peter Kristofer Strojnik
_____
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff

IT IS SO ORDERED
*[signature]*
Judge Yvonne Gonzalez Rogers

**Dated: January 2, 2020**